UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIETA HATHORNE | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY | NO. 23-00892-BAJ-RLB |

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 27, the "Report")**. The Magistrate Judge prepared the Report *sua sponte*, recommending that Plaintiff's action be dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute and failure to comply with Court orders. (*Id.* at 4). There are no objections to the Report.

Having carefully reviewed Plaintiff's Complaint (Doc. 1) and the Report (Doc. 27), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court orders.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 6th day of August, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**